**EXHIBIT "A"**

Department 539
PO BOX 4115
CONCORD CA 94524

August 20, 2008

Address Service Requested

#BWNFTZF #ASF5460549408089#

DAVID WOOD    4295094
596 COLUMBIA PARK STE 7
PO BOX 151
E GREENBUSH NY 12061-0151

 Eastern Collection Corporation
1626 Locust Avenue
Bohemia, NY 11716
PHONE: 866-823-1678 FAX: 415-358-4735

Date: August 20, 2008
Re: History Book Club
Account No: 950044896
Placement Date: 04/21/2008
AMOUNT DUE: $20.97

Enclosed is my payment by:
☐ CHECK  ☐ MONEY ORDER  ☐ CREDIT CARD
(see back)

Eastern Collection Corporation
1626 Locust Avenue
Bohemia, NY 11716

Return this coupon with your payment

This account has been............

# Placed for Collection
## with this national collection agency

History Book Club has notified you many times, DAVID WOOD about this overdue balance of $20.97. You haven't sent them full payment for the books/merchandise shipped to you. Your delinquent account has been placed with this national collection agency and is now recorded on our files.

Because you've failed to pay the Amount Due, our client has listed your name with The Credit Index, a consumer reporting agency. Your outstanding balance will be available to other direct marketing subscribers using this service. A resolution of the Amount Due will update this account to good standing on The Credit Index files.

<u>YOU</u> have the power to stop further collection efforts.

 RESPOND!

Date: August 20, 2008
Account No.: 950044896
Ref Date: 04/21/2008
**Past Due:** $20.97
AREW1

Payment Information:
**By Phone** To discuss this debt or pay by credit card, please call us at 866-823-1678 Monday to Friday between 8am - 11pm ET.

**By Mail** Remember to include the top portion of this letter with your payment or your response.
- Use the envelope provided
- <u>Make your check or money order payable to Eastern Collection Corporation</u>
OR
Complete <u>Credit Card</u> form on reverse side.

Eastern Collection Corporation
1626 Locust Avenue
Bohemia, NY 11716
PHONE:866-823-1678

This communication is from a debt collection agency.
PLEASE SEE THE REVERSE SIDE FOR IMPORTANT
INFORMATION REGARDING YOUR RIGHTS

ASF784-0820F303271-QVD4-2 3271

For Your Convenience We Accept Credit Card Payments.
Complete this form and return in enclosed envelope

Provide the following information: Credit Card Type:    ☐ [MasterCard]   ☐ [VISA]   AMERICAN EXPRESS ☐
(Cannot accept credit charges under $35)

Credit Card Number _____    Expiration Date _____

Cardholder's Name _____    Your Daytime Phone Number _____

Authorized Signature _____    $ _____
                                                     Amount to Charge

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgement, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

New York City Department of Consumer Affairs Number 0954377

**FOR COLORADO RESIDENTS:** FOR INFORMATION ABOUT COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.ago.state.co.us/CADC/CADCmain.cfm

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**FOR MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**FOR CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or http://www.ftc.gov.

**FOR MASSACHUSETTS RESIDENTS:** If you have any question or comments call: 1-800-895-6813 9am 5pm ET. Notice of Important Rights: You have the right to make a written request or oral request that telephone calls regarding your debt not to be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

ASF784-0920F393271-EMDI4-2 9271